IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

MAY 1 8 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 92-76-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| CAMERON SCOTT BEST, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc.

272), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good

cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

Cameron Scott Best's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this _18th_ day of May, 2018.

SUSAN P. WATTERS
United States District Judge